**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| **Alisa Thompkins,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **Case No.: 1:24-cv-214-HAB-SLC** |
| ) | |
| **P&B Capital Group, LLC,** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## NOTICE OF SETTLEMENT

Comes now Plaintiff, Alisa Thomkins, by and through his undersigned counsel, and

hereby notifies the Court that the above captioned lawsuit has been settled with Defendant as to

all parties and all claims. Plaintiff anticipates filing a Motion to Dismiss within 30 days.

Respectfully submitted,

 /s/ John T. Steinkamp
John T. Steinkamp
John Steinkamp & Associates
5214 S. East St., Ste. D1
Indianapolis, IN46227
(317) 780-8300
(317) 217-1320 fax
john@johnsteinkampandassociates.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 25, 2024 a copy of the foregoing Notice of Settlement was e-mailed and mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Sean Welch
P&B Capital Group, LLC
Managing Member of Defendant
sean@pandbcapitalgroup.com

        Respectfully Submitted,

        <u>/s/John T. Steinkamp</u>
        John T. Steinkamp
        John Steinkamp & Associates
        5214 S. East Street, Suite D1
        Indianapolis, IN46227
        (317) 780-8300
        (317) 217-1320 fax
        john@johnsteinkampandassociates.com